UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
–Florence Division–

People for the Ethical Treatment of Animals, Inc., *et al*.,

          *Plaintiffs*,

          v.

Kathleen Futrell, *et al*.,

          *Defendants*.

Civil Action No. 4:22-cv-01337-JD

**NOTICE OF PLAINTIFFS' RULE 26(a)(2)(B) DISCLOSURES**

In accordance with the Court's Amended Conference and Scheduling Order, ECF No. 32, Plaintiffs People for the Ethical Treatment of Animals, Inc. ("PETA"), Matthew Howard, and Lexie Jordan ("Plaintiffs") submit this notice and identify the following expert witnesses who Plaintiffs expect to call at trial:

1. Darren E. Minier
   9777 Golf Links Road, Oakland, CA 94605
   (510) 746-7165

2. Kim K. Haddad
   1961 Saint Francis Way, San Carlos, CA 94070
   (650) 619-0628

3. Valerie A. Johnson
   736 Wilson Road, East Lansing MI 48824
   (517) 353-4957

4. Wm. Kirk Suedmeyer,
   6800 Zoo Drive, Kansas City, MO 64132
   (816) 595-1261

1

5.  Jesse Donahue
    7400 Bay Road, University Center, MI 48710
    (989) 964-4000

Plaintiffs certify that its expert witness disclosures, which include all information required by Fed. R. Civ. P. 26(a)(2)(B) and were prepared and signed by the experts listed above, were disclosed to counsel for Defendants Kathleen Futrell, Jeff Futrell, and Austin Futrell on May 3, 2023.

Dated: May 3, 2023

/s/ Stacie C. Knight
Stacie C. Knight
S.C. Bar No. 77968
D.C. No. 10411
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
(704) 350–7700; (704) 350–7800 (fax)
sknight@winston.com

Jonathan Brightbill*
Kyllan Gilmore*
Sharon Lin*
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
(202) 282–5855; (202) 282–5100 (fax)
jbrightbill@winston.com
kgilmore@winston.com
slin@winston.com

Caitlin Hawks*
Asher Smith*
Zeynep Graves*
Aaron Frazier
Tala DiBenedetto
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
(323) 210-2263; (213) 484-1648 (fax)
CaitlinH@petaf.org

2

AsherS@petaf.org
ZeynepG@petaf.org
AaronF@petaf.org
TalaD@petaf.org

*Pro hac vice applications to be submitted

*Counsel for Plaintiffs*

3