**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
–Florence Division–

| | |
|---|---|
| People for the Ethical Treatment of Animals, Inc., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Kathleen Futrell, et al., <br><br> *Defendants*. | Civil Action No. 4:22-cv-01337-JD |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiffs People for the Ethical Treatment of Animals, Inc., Matthew Howard, and Lexie Jordan jointly with Defendants Kathleen Futrell, Jeff Futrell, and Austin (collectively, the "Parties"), have settled this case, and accordingly respectfully request that this Court stay all proceedings in this case for 120 days while the Parties work in good faith to perform their respective obligations under the Settlement Agreement and Release, which the Parties executed on August 4, 2023 (the "Agreement"). In support of this Motion, the Parties state as follows:

1. On August 4, 2023, the Parties entered into the Agreement to resolve the above-captioned proceeding. The Agreement requires that the Parties jointly stipulate to dismiss this case, but only upon the Parties' performance of certain obligations under the Agreement.

2. The Parties wish to perform their respective obligations under the Agreement without incurring additional litigation-related costs, and therefore

– 2 –

request that this Court stay all proceedings for 120 days.

3. This Court has the authority to stay this case under its inherent authority to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *S.C. State Conf. of NAACP v. McMaster*, 572 F. Supp. 3d 215, 220 (D.S.C. 2021) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936)).

4. Here, the requested stay will promote judicial efficiency and avoid unnecessary litigation, while the Parties work in good faith to consummate the Agreement.

5. After 120 days, and upon satisfaction of the Parties' obligations under the Agreement, the Parties will file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(a).

*** 

For the foregoing reasons, the Parties respectfully move this Court to stay all proceedings in this case for 120 days. A Proposed Order is submitted along with this Motion.

Dated: August 4, 2023

/s/ Stacie C. Knight
Stacie C. Knight
S.C. Bar No. 77968
D.C. No. 10411
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
(704) 350–7700; (704) 350–7800 (fax)
sknight@winston.com

Jonathan Brightbill*
Kyllan Gilmore*

– 3 –

Sharon Lin*
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
(202) 282–5855; (202) 282–5100 (fax)
jbrightbill@winston.com
kgilmore@winston.com
slin@winston.com

Caitlin Hawks*
Zeynep Graves
Aaron Frazier
Tala DiBenedetto
PETA Foundation
2154 West Sunset Boulevard
Los Angeles, CA 90026
(323) 210-2263; (213) 484-1648 (fax)
ZeynepG@petaf.org
AaronF@petaf.org
TalaD@petaf.org
*Pro hac vice applications to be submitted

*Counsel for Plaintiffs*

*/s/ <u>Reese R. Boyd (signed with permission)</u>*
Reese R. Boyd, III
Davis & Boyd, LLC
1110 London Street, Suite 201
Myrtle Beach, SC 29577
(843) 839-9800; (843) 839-9801 (fax)
reese@davisboydlaw.com

*Counsel for Defendants*